UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH DEVOS, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:25-cv-05311-RSL<br><br>ORDER DENYING MOTION TO STAY AND DISMISSING CASE |

This matter comes before the Court on the Report and Recommendation (R&R) of the Honorable S. Kate Vaughn, United States Magistrate Judge, and plaintiff's "Motion for Stay." Dkt. 8 and 15. The R&R was filed on July 25, 2025, and was adopted without opposition. Dkt. 8 and 11. On August 29, 2025, more than two weeks after judgment was entered in this matter, plaintiff filed a motion for reconsideration asserting that he had not received a copy of the R&R. Dkt. 13. The Court reopened the case and extended the time in which plaintiff could respond to September 16, 2025. Dkt. 14.

The day after his response was due, plaintiff signed and mailed a motion to stay, stating only that a stay should be entered in light of an appeal filed in *Scott v. Devos*, 3:25-

ORDER DENYING MOTION TO STAY AND DISMISSING
CASE - 1

cv-05026-TMC-MLP.[1] Dkt. 15. Defendants immediately filed an opposition, arguing that plaintiff's response to the R&R was untimely and that plaintiff has not shown that a stay is appropriate. Dkt. 16.

The motion to stay is DENIED on both grounds. Despite having an additional two weeks to respond to the R&R, plaintiff waited until the day after his objections were due to sign and mail his request for a stay. Nor has plaintiff attempted to show that a stay of this case is appropriate simply because he filed an appeal in another case. Plaintiff has not shown that his appeal in 3:25-cv-05026-TMC-MLP is likely to succeed on the merits. Nor will denial of the stay – and the subsequent adoption of the R&R and entry of judgment in this matter – irreparably harm plaintiff because he is free to appeal the undersigned's order to the Ninth Circuit. While there is no indication that a stay would harm defendants, the public's interest in the efficient and timely resolution of pending cases and the Court's interest in enforcing and maintaining the deadlines established in orders and the local rules of this district do not support a stay.

//

//

---

[1] Plaintiff incorrectly identifies this case as C25-5675 in his motion for stay. Dkt. 15.

ORDER DENYING MOTION TO STAY AND DISMISSING CASE - 2

1  For all of the foregoing reasons, plaintiff's motion for stay (Dkt. 15) is DENIED.

The Court ADOPTS the Report and Recommendation (Dkt. 8) and DISMISSES the case with prejudice. The Clerk of Court is directed to send copies of this Order to the parties and to Judge Vaughn.

DATED this 20th day of October, 2025.

Robert S. Lasnik
United States District Judge